

**Dated: June 26, 2015**

**The following is ORDERED:**

Janice D. Loyd
U.S. Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: | |
| **JIMMY & SHAWNDA MENDOZA,** | **Case No. 10-11933-NLJ** |
| Debtors. | **Chapter 13** |

### AGREED ORDER MODIFYING CONFIRMED CHAPTER 13,
### AND GRANTING COMPENSATION

    The Motion to Modify Confirmed Plan ("Motion") filed on behalf of Jimmy and Shawnda Mendoza, debtors in the above case, comes before the Court for consideration. Debtor's Counsel represents that the motion was filed on May 22, 2015, served on the appropriate parties in interest pursuant to Local Bankruptcy Rule 9007-1 and the last date for filing objections was June 12, 2015, which has passed with no objection thereto being served and filed. Therefore, the motion should be granted.

    Accordingly, pursuant to the agreement between the Trustee and the Debtor and, for good cause shown, it is hereby:

    ORDERED, that:

1.    Paragraph number 1(a) is modified to provide for a monthly payment of $1,287.00 beginning with the June, 2015 payment. The modified plan shall be considered current through May, 2015. Paragraph number 1(a) is further modified to extend the term of the plan to sixty (60) months from the month in which it was confirmed.

2.   Debtor's attorney is granted a fee in the amount of $350.00 for filing this objection and motion to modify, payable at the rate of $75.00 per month beginning in the month following entry of this order.

All statements of fact contained herein are based on the representations of Debtor's counsel.

\#   \#   \#

Approved for entry:

*S/Gary L. Morrissey*
Gary L. Morrissey, OBA #6438
1725 Linwood Boulevard
Oklahoma City, Oklahoma 73106
(405) 272-1500
Fax: (405) 272-3090
Attorney for Debtors

*S/Linda Ruschenberg*
Linda Ruschenberg, OBA #12842
321 Dean McGee Avenue
P.O. Box 1948
Oklahoma City, Oklahoma 73101
13trustee@chp13okc.com
(405) 236-4843
(405) 236-1000 (fax)
Attorney for the chapter 13 trustee